

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00866-CR

Guillermo **GARIBALDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4384
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 22, 2023.

Luz Elena D. Chapa, Justice